IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CHRISTIAN, | : | |
| Plaintiff | : | |
| | : | No. 3:18-cv-1363 |
| v. | : | |
| | : | (Judge Rambo) |
| MARK GARMAN, *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 24th day of October 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 18) is **GRANTED** with respect to Plaintiff's claims alleging excessive force, placement in pre-hearing segregation, denial of access to the courts, retaliation, equal protection violations, and failure to train, supervise, and protect, and the Court is directed to defer the entry of judgment in favor of Defendants on these claims until the conclusion of the above-captioned proceedings;

   b. The motion (Doc. No. 18) is **DENIED WITHOUT PREJUDICE** with respect to Plaintiff's procedural due process claim regarding the allegedly false misconduct; and

2. Defendants may file, within thirty (30) days of the date of this Order, a second motion for summary judgment addressing Plaintiff's procedural due process claim.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge