IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CHRISTIAN, | : | |
| Plaintiff | : | |
| | : | No. 3:18-cv-1363 |
| v. | : | |
| | : | (Judge Rambo) |
| MARK GARMAN, *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 27th day of January 2020, for the reasons set forth in the Memorandum accompanying this Order, as well as the Court's October 24, 2019 Memorandum, **IT IS ORDERED THAT**:

1. Defendants' supplemental motion for summary judgment (Doc. No. 29) is **GRANTED**;

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Defendants and against Plaintiff Julio Christian for all claims raised in Plaintiff's amended complaint; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                               s/Sylvia H. Rambo
                                               Sylvia H. Rambo
                                               United States District Judge